COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lamonte Jermaine Haskett v. The State of Texas

Appellate case number:    01-13-00581-CR

Trial court case number:  CR 29991

Trial court:              75th District Court of Liberty County

On May 2, 2014, counsel for appellant filed a motion to dismiss. The motion is **DENIED**, as it is not signed by appellant as required by TEX. R. APP. P. 42.2(a).

The motion, however, indicates a Motion for New Trial was granted by the trial court on September 4, 2013. The granting of a motion for new trial restores the case to its position before the former trial and renders any appeal moot. *See* TEX. R. APP. P. 21.9(b).

Our record, however, does not contain an order or transcript of a hearing granting a motion for new trial. **The clerk of the trial court is ORDERED**, within 30 days of the date of this order, to file a supplemental record containing the order granting a new trial, or verify that no such order exists.

**The court reporter is ORDERED**, within 30 days of the date of this order, to file a transcript of the September 4, 2013 hearing, or verify that no transcript was taken.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   X  Acting individually     ☐ Acting for the Court

Date: May 8, 2014